IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 08-00926 ESL |
|---|---|
| AYALA GALBAN, CARLOS A. | CHAPTER 7 |
| Debtors | |

### REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011

**TO THE HONORABLE COURT:**

The undersigned trustee of the above entitled estate, reports that the below listed check(s) has (have) not been cashed by the bank upon which drawn. Over ninety (90) days have passed and it (they) has (have) not been presented for payment.

| CHECK NUMBER | NAME | AMOUNT |
|---|---|---|
| 319 | Banco Bilbao Vizcaya Argentaria PR | $6,601.03 |

Accordingly, by check number 333 in the amount of $6,601.03, the trustee hereby consigns the funds to the Clerk of the Court, in compliance with the provision of U.S.C. Section 347.

**WHEREFORE**, said trustee prays this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of December 2010.

**CERTIFICATE OF SERVICE:** I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing in said system including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney.

/s/ Wilfredo Segarra Miranda

**WILFREDO SEGARRA MIRANDA**
Chapter 7 Trustee
P.O. BOX 9023385
SAN JUAN, P.R. 00902-3385
TEL. 725-6160 \\ FAX: 977-228